| | |
|---|---|
| Montrose County, State of Colorado<br>District Court<br>Court Address:  1200 N Grand Ave, Bin A<br>                         Montrose, CO  81401<br>Telephone #:   (970) 252-4300<br>_____<br><br>Plaintiff(s):   Automation Industries Corp.<br>Vs<br>Defendant(s):  Hartford Casualty Insurance Co. | **EFILED Document**<br>**CO Montrose County District Court 7th JD**<br>**Filing Date: Jan 27 2011  2:09PM MST**<br>**Filing ID: 35624088**<br>**Review Clerk: N/A**<br><br><br>_____<br>Case Number:<br>2010 CV 564<br>Div.:4   Ctrm: |
| **Pre-Trial Order Including Mediation Requirements** | |

The court, upon review of this case, **FINDS** that the interests of a just, speedy, and economic resolution of the disputes herein would be served by referral of this action to mediation, or to some other form of alternative dispute resolution (ADR).

This case is now at issue and subject to _X_ __ CRCP 16    _____ CRCP 16.1

**THEREFORE**, pursuant to 13-22-311, C.R.S., THE COURT ORDERS:

1. **THAT, EXCEPT AS PROVIDED IN** Paragraph 2 below, all claims, in this action, are referred to mediation as follows:

    a. The parties or their attorney(s) are ordered to set up a mediation session in sufficient time so that it will be completed within __ days of this order.  Plaintiffs attorney shall facilitate this process as per rule.

    b. The mediation may be set up with the State Judicial Department's Office of Dispute Resolution. (Attorneys with (ODR) following their names on the 7th Judicial District mediator list belong to this group.  The list is available in all Clerk's Offices at the Courts in the various counties of the Seventh Judicial District, and from the ODR Program Administrator for the Southwest Region, Tricia Winslow at 970-252-4328 or email to patricia.winslow@judicial.state.co.us or at www.7thjudicialdistrictco.org (under Trial Courts.)   In the alternative, mediation may be set up with any private mediator agreed to by the parties.  A fee (based upon an hourly rate) is charged for mediation services, and the expense of the mediation service shall be divided equally between the parties unless they agree otherwise.

    c. All parties are ordered to cooperate in arranging for and participating in the mediation.  At each session each party shall be present or shall have a representative (other than his/her attorney present with full settlement authority.

    d. A party has a right, **within 10 days** after the date of this Order, to file a motion objecting to mediation or other forms of ADR, and said motion must demonstrate compelling reasons why mediation or ADR should not be ordered.

2. Compliance with Paragraph 1 of this Order is excused if, within the compliance deadline Paragraph 1(a), the parties;

    a. Settle all claims, and file appropriate settlement papers;

    b. Enter into a written agreement, approved by the Court, to resolve all disputes in this case by arbitration or some other form of ADR.

3. This Order is not intended, in any way, to diminish or otherwise affect the rights and obligations of the parties under any other statutes or rules, including but not limited to, those relating to discovery and other pretrial procedures.

4. NOTICE WITH THE COURT:

    a. Within **30 days** after arrangements have been made for the first mediation session, the parties or their attorney(s) shall file with the Court a written report providing the name and address of the person who is to conduct the mediation in this case, and the date of the first mediation session.

    b. Within **30 days** after the completion of the mediation/ADR, the parties or their attorney(s) are ordered to complete, file with the Court and serve upon all other parties, a Certificate of Compliance, stating whether mediation has been completed successfully or not.

5. All parties are ordered to appear and participate in good faith in mediation.  **The failure to appear for mediation will result in sanctions being imposed by the Court.  Sanctions may include being held in Contempt of Court, the payment of costs and attorney fees of the other party, and/or judgment being entered against the non-complying party.**

6. This Order is not subject to modification, nor may the parties be excused from compliance, except by further Order of the court and for good cause shown.  A motion for modification of the Order must be filed as soon as the grounds become apparent, and in no event shall such a motion be filed within the 30-day period immediately preceding the compliance deadline stated in Paragraph 1(a) above.

7. If any party enters an appearance in this action after the date of this Order, plaintiff or plaintiff's attorney shall send a copy of this Order to such party within 5 days after their entry of appearance.

8. **The Court will not schedule a trial date until mediation has been completed.  The parties may request an extension of the mediation deadline.   If mediation is not successful, plaintiff's counsel shall contact the division clerk for a trial setting conference at 970-252-4354.**

9. The parties shall file all disclosures (but not documents disclosed) with the Court.

10. COUNSEL ARE REMINDED OF THEIR OBLIGATION UNDER RULE 2.1 OF THE COLORADO RULES OF PROFESSIONAL CONDUCT (AS OF 1/1/93) TO ADVISE THEIR CLIENTS OF ALTERNATIVE FORMS OF DISPUTE RESOLUTION WHICH MIGHT REASONABLY BE PURSUED TO ATTEMPT TO RESOLVE THE CLIENT'S LEGAL DISPUTE OR TO REACH THE LEGAL OBJECTIVE SOUGHT.

Dated this 27th day of Jan, 2011.

_____
District Judge

XC:  McBee, Brooks

Revised 03/06