IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00280-WDM-MJW

AUTOMATION INDUSTRIES CORPORATION,

Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff's Motion for Leave to Amend Complaint (Docket No. 9), which is not opposed by the Defendant (Docket No. 14), is granted, and the Amended Complaint (Docket No. 10) is accepted for filing as of the date submitted.

Date: June 27, 2011