IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-00280-RPM

AUTOMATION INDUSTRIES CORPORATION,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY,

    Defendant.

_____

ORDER VACATING ORDER OF REFERENCE
_____

    Upon reassignment of this civil action and this Court's case management procedures, it is

    ORDERED that the order of reference to Magistrate Judge Michael J. Watanabe is vacated and it is

    FURTHER ORDERED that the August 25, 2011, scheduling conference before Magistrate Judge Michael J. Watanabe is vacated.

    DATED:  August 9th, 2011

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge