# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00280-RPM-MJW

AUTOMATION INDUSTRIES CORPORATION, A Colorado corporation,

    Plaintiff,

v.

HARTFORD CASUALTY INSURANCE COMPANY, an Indiana corporation
doing business in the State of Colorado,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THIS MATTER comes before the Court on the *Stipulation for Dismissal of Case with Prejudice* filed by the parties in this matter.  Having reviewed the same, and being fully advised of the premises, the Court hereby finds and concludes:

The parties' Stipulation for Dismissal with Prejudice is accepted. The above-titled action is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

Dated this 5th  day of April, 2012

                **BY THE COURT:**

                *s/Richard P. Matsch*

                Richard P.Matsch, Senior Disdtrict Judge